**People of the State of Illinois, Plaintiff-Appellee, v. Carlos Rodriquez, Defendant-Appellant.**

**Gen. No. 53,835.**

First District, Second Division.

October 7, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; no brief for appellee. Opinion by JUSTICE BURKE. Not to be published in full.